Cayere et al., Demandantes y Apelantes, *v.* Burgos, De-
mandado y Apelado, y Generosa Fuentes, como Madre
con Patria Potestad sobre su Menor Hija Emilia Aram-
buru Fuentes, Interventora y Apelada.

### Corte de Distrito de San Juan, Distrito 2⁹.

No. 3315.—*Visto:* Noviembre 6, 1924. *Resuelto:* Noviembre 10, 1924.

Se apeló en este caso una sentencia que por existir con-
flicto de título declaró sin lugar una demanda de desahucio
en precario y condenó en costas a los demandantes. El Tri-
bunal Supremo confirmó la sentencia por entender que la
prueba testifical era contradictoria y también lo era la do-
cumental en relación con la testifical y porque no se demos-
tró que la corte abusara de su poder discrecional al impo-
ner las costas a los demandantes. Necesariamente tuvie-
ron los demandantes que saber que su derecho era discu-
tido fundamentalmente y por tanto debieron acudir al jui-
cio ordinario y si no lo hicieron deben sufrir las consecuen-
cias de su propia determinación.

El Juez Presidente Sr. del Toro, emitió la opinión del
tribunal.